Apple–Cole Company et al., Appellants, v. Frank Shackel et al., Appellees.

Gen. No. 43,078.

opinion filed November 6, 1944; released for publication November 24, 1944. Blech

& Herson and D. J. Rizzio, for appellants; Herman Herson, of counsel; Ramlose & Edwards, for appellees. Opinion by JUSTICE SCANLAN. Not to be published in full.